IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>WARDEN, C.M.C.; TRUST OFFICE PERSONNEL; MAIL ROOM STAFF; CANTEEN STAFF; 602 OFFICE,<br><br>        Defendants.<br>                                                             / | No. C 13-0632 WHA (PR)<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California Men's Colony ("CMC"). He sues CMC employees based on events that took place there. CMC is located within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: February  27 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\OVERTON0632.TRN.wpd